Annmary Ittan (141372015)
aittan@ipcounselors.com
Danielle S. Futterman (115192014)
dfutterman@ipcounselors.com
Jason M. Drangel (JD 7204) (*admitted pro hac vice*)
jdrangel@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, New York  10165
Telephone:  (212) 292-5390

Gregory S. Gilchrist (*admitted pro hac vice*)
greg.gilchrist@versolaw.com
Ryan Bricker (*admitted pro hac vice*)
ryan.bricker@versolaw.com
Paymaneh Parhami (*admitted pro hac vice*)
paymaneh.parhami@versolaw.com
VERSO LAW GROUP LLP
209 Kearny Street, Third Floor
San Francisco, California  94108
Telephone:  (415) 534-0495

Attorneys for Plaintiff
THE CLOROX COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE CLOROX COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SSARM INCORPORATED, a New York corporation; JADE TRADING CORPORATION dba WARBIES DEALS, a New Jersey entity; MACBY S., a New Jersey entity; LAVONNA'S PLACE LLC DBA LAVONNA'S PLACE, a Colorado limited liability company; and DOES 1-100,<br><br>Defendants. | **CIVIL ACTION NO.**<br>**2:23-cv-04122-ZNQ**<br><br>**STIPULATION TO [PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff The Clorox Company and Defendant Jade Trading Corporation dba Warbies Deals stipulate to the facts and conclusions contained in the attached [Proposed] Final Judgment and Permanent Injunction, and consent to its entry by the Court.

Dated: October 18, 2023

Respectfully Submitted,

EPSTEIN DRANGEL LLP

/s/ Danielle Futterman
Danielle S. Futterman

Attorney for Plaintiff
THE CLOROX COMPANY

Dated: October 18, 2023

Respectfully Submitted,

LUST & LENOV, P.C.

/s/ Eli Nalz
Name: Eli Nalz

Attorney for Defendant
JADE TRADING CORPORATION